UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>SANDRA MACIOROSKI LOPEZ<br>AND<br>RENE GUILLERMO LOPEZ<br><br>     Debtors | Chapter 13<br><br><br>Case No. 18-12860-KHK |

## MOTION TO DISMISS,
## NOTICE OF MOTION TO DISMISS
## AND
## NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Violation of Bankruptcy Rule 4002(b)(1) and 11 U.S.C. §521(a)(3)** - Failure to cooperate with the Office of the Chapter 13 Trustee.  Debtors failed to produce verification of their Social Security numbers at their September 18, 2018 Section 341 Meeting of Creditors.

Debtors have not made their first Plan payment in the amount of $800.00 that was due on September 20, 2018.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail

**Notice and Motion to Dismiss**
Sandra Macioroski Lopez and Rene Guillermo Lopez, Case #18-12860-KHK

your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on October 25, 2018 at 11:00 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste. 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __October 4, 2018____     ___/s/ Thomas P. Gorman____
                                Thomas P. Gorman
                                Chapter 13 Trustee
                                300 N. Washington Street, #400
                                Alexandria, VA 22314
                                (703) 836-2226
                                VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of October, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Sandra Macioroski Lopez
Rene Guillermo Lopez
Chapter 13 Debtors
8717 Bradgate Ct
Alexandria, VA 22308

                                __/s/ Thomas P. Gorman_____
                                Thomas P. Gorman